# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff     )    CRIMINAL NO.  00119-JLS
                          )                  08CR 0117-JM
                          )                  07mj2953
vs.                       )
                          )    ORDER
Jose Luis Mejia-Perez     )    RELEASING MATERIAL WITNESS
                          )
            Defendant(s)  )    Booking No. 06777298
                          )

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Flavia Cristian Mendoza-Mama

DATED: 1/10/08

_____
**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____        OR
          DUSM                  W. SAMUEL HAMRICK, JR.  Clerk
                                by _____
                                   Deputy Clerk