UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN 10 A 2:33

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>Jose Luis Mejia-Perez　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant(s)　　　　　)　 | 0119-JLS<br>08CR0117-JM<br><br>CRIMINAL NO. 07mj2953<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06777298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Dulce Maria Sanchez-Sanchez

DATED: 1/10/08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____
　　Deputy Clerk