UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Luis Mejia-Perez ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR0019-JLS / 07mj2953 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 06777298 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Gabriela Mendoza-Rivera

DATED: 1/10/08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         Deputy Clerk