AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JOSE MANUEL DIAZ-LOERA<br>T/N Jose Luis Mejia-Perez | CASE NUMBER: 08CR0119-JLS |

I, JOSE MANUEL DIAZ-LOERA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 1/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant  T/N Jose Luis Mejia-Perez

_____
Defense Counsel

Before _____
Judicial Officer



FILED
JAN 1 0 2008
CLERK          COURT
SOUTHERN       CALIFORNIA
BY             DEPUTY