```
                                           FILED
                                         JAN 2 2 2008
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0119-JLS |
| Plaintiff, | I N F O R M A T I O N<br>(Superseding) |
| v. | Title 8, U.S.C., |
| Jose Luis Mejia-Perez (T/N),<br>aka Jose Mejia-Perez | Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., |
| Defendant. | Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about December 20, 2007, within the Southern District of California, defendant JOSE LUIS MEJIA-PEREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esmeralda Merin-Campos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: January 22, 2008

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
1/18/08